certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Frederick C. Fisher* and *Mr. Clyde A. DeWitt* for petitioners. No appearance for respondent.

No. 326. THOMAS F. DONNELLY *v.* COMMONWEALTH OF MASSACHUSETTS. On petition for writ of certiorari to Superior Court of Middlesex County, State of Massachusetts. March 20, 1925. Dismissed for want of prosecution. *Mr. Thomas F. Donnelly* for petitioner. No appearance for respondent.

No. 928. WILLIAM STEVENS *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. March 23, 1925. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. George S. Brengle* and *Mr. D. Roger Englar* for petitioner. *Mr. Gardiner Lathrop, Mr. Homer W. Davis* and *Mr. S. G. Bristow* for respondent.

No. 912. CARLOS M. RAMIREZ LOPEZ *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. José A. Poventud* for petitioner. *Mr. Francis H. Dexter* for respondent.

No. 939. UNITED STATES *v.* HAMILTON MICHELSON & COMPANY ET AL. March 23, 1925. Petition for a writ of certiorari to the Court of Customs Appeals denied. *Solicitor General Beck* and *Assistant Attorney General Hoppin* for the United States. No appearance for respondents.

No. 943. UNITED STATES *v.* MIDDLETON & COMPANY, ETC., ET AL. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Cir-